


|   |   |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | SHEILA K. OBERTO<br>KIRK E. SHERRIFF |
| 3 | Asst. United States Attorneys<br>2500 Tulare St., Suite 4401 |
| 4 | Telephone: (559) 497-4022<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for the<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF )  Case No. 1:09 SW 0002 8 GSA
) SEALING ORDER
5060 CALIFORNIA AVENUE, )
SUITE 650 )
BAKERSFIELD, CA 93309 )
)
)
)

Upon Petition of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Search Warrant in the above-captioned matter be and hereby is ordered sealed until further order of this Court.

Dated: January 20, 2009

_____
HON. GARY S. AUSTIN
U.S. Magistrate Judge

SEALING ORDER