BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

**FILED**
MAR 24 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>5060 CALIFORNIA AVE., SUITE 650<br>BAKERSFIELD, CA 93309 | 1:09-SW-0028 GSA<br><br>ORDER TO UNSEAL SEARCH WARRANT AFFIDAVIT AND WARRANT |

The search warrant affidavit and warrant in this case having been sealed by Order of this Court on January 20, 2009, and it appearing that the affidavit and warrant are not required to remain secret based upon the motion submitted by the government,

IT IS HEREBY ORDERED that the search warrant affidavit and warrant be unsealed and made public record.

Dated: March 24, 2011

_____
UNITED STATES MAGISTRATE JUDGE